**Order entered March 19, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-21-00001-CV

## CITY OF DALLAS, Appellant

## V.

## BILLY ROSS AND GINA WASHINGTON, Appellees

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-17131**

## ORDER

Before the Court is appellees' March 17, 2021 unopposed motion for a thirty-day extension of time to file their brief. Because this is an accelerated appeal, we **GRANT** the motion to the extent we **ORDER** the brief be filed no later than April 12, 2021.

/s/    CRAIG SMITH
        JUSTICE